Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

Attorneys for Defendant
Bidna & Keys, APLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT WILSON,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE ASSET PURCHASING, LLC, a corporation; BIDNA & KEYES, PLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C 07 1423 MHP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT BIDNA & KEYS, APLC TO FILE RESPONSIVE PLEADING; ORDER THEREON** |

It is hereby stipulated, by and between Plaintiff Vincent Wilson, by and through his attorneys of record Law Offices of Eric F. Fagan, by Eric F. Fagan, and Defendant Bidna & Keys, APLC, incorrectly named as Bidna & Keyes, PLC, by and through its attorneys of record, by Harvey M. Moore, that Bidna & Keys, shall have to and including May 9, 2007 to answer or otherwise respond to the Complaint in the above captioned matter.

Dated: April 20, 2007                                              Law Offices of Eric F. Fagan

                                                                   By: _____
                                                                   Eric F. Fagan
                                                                   Attorneys for Plaintiff Vincent Wilson

1

STIPULATION TO EXTEND TIME TO RESPOND; ORDER THEREON                Case No. C 07 1423 MHP

1  Dated: May 4, 2007                Bidna & Keys, APLC

2

3                                    By _____
                                         Harvey M. Moore, Esq.
4                                    Attorneys for Defendant Discover Financial
                                     Services LLC
5

6                                    ORDER

7  IT IS SO ORDERED.

8  Dated: ~~April ___, 2007~~        _____
                                     Marilyn Hall Patel
9         May 9, 2007                United States District Judge

10

11 E:\DOCS\401000\Stip 2.wpd

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5120 Campus Drive, Newport Beach, CA 92660.

On May 7, 2007, I served the foregoing document described as: **STIPULATION EXTENDING TIME FOR DEFENDANT BIDNA & KEYS, APLC TO FILE RESPONSIVE PLEADING; ORDER THEREON** by placing ___ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

Eric F. Fagan
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
(619)656-6656
jeremy@efaganlaw.com

BY MAIL

[X]   As follows: I am "readily familiar" with the firm's practice of practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (VIA FACSIMILE) I caused the above-referenced document to be delivered via facsimile to the above-referenced facsimile numbers

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 7, 2007, at Newport Beach, California

/s/ Janet Thompson
Janet Thompson

---

**PROOF OF SERVICE**

1  Harvey M. Moore, #101128
   Bidna & Keys, APLC
2  5120 Campus Drive
   Newport Beach, CA 92660
3  Tel: (949) 752-7030
   Fax: (949) 752-8770
4
   Attorneys for Defendant
5  Bidna & Keys, APLC

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10                                        Case No. C 07 1423 MHP

11

12  VINCENT WILSON,                       **STIPULATION EXTENDING TIME FOR
                                          DEFENDANT BIDNA & KEYS, APLC TO
           Plaintiff,                     FILE RESPONSIVE PLEADING; ORDER
13                                        THEREON**

14  v.

15  WORLDWIDE ASSET PURCHASING,
    LLC, a corporation; BIDNA & KEYES, PLC;
16  and DOES 1 through 10 inclusive,

17         Defendants.

18

19

20

21      It is hereby stipulated, by and between Plaintiff Vincent Wilson, by and through his

22  attorneys of record Law Offices of Eric F. Fagan, by Eric F. Fagan, and Defendant Bidna & Keys,

23  APLC, incorrectly named as Bidna & Keyes, PLC, by and through its attorneys of record, by

24  Harvey M. Moore, that Bidna & Keys, shall have to and including May 9, 2007 to answer or

25  otherwise respond to the Complaint in the above captioned matter.

26  Dated: April 20, 2007                     Law Offices of Eric F. Fagan

27                                            By: _____
                                              Eric F. Fagan
28                                            Attorneys for Plaintiff Vincent Wilson

                                          1

STIPULATION TO EXTEND TIME TO RESPOND; ORDER THEREON          Case No. C 07 1423 MHP

| | |
|---|---|
| Dated: May 4, 2007 | Bidna & Keys, APLC |
| | By _____ |
| | Harvey M. Moore, Esq. |
| | Attorneys for Defendant Discover Financial Services LLC |

ORDER

IT IS SO ORDERED.

Dated: April __, 2007

_____
Marilyn Hall Patel
United States District Judge

E:\DOCS\401000\Stip 2.wpd

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5120 Campus Drive, Newport Beach, CA 92660.

On May 7, 2007, I served the foregoing document described as: **STIPULATION EXTENDING TIME FOR DEFENDANT BIDNA & KEYS, APLC TO FILE RESPONSIVE PLEADING; ORDER THEREON** by placing ___ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

Eric F. Fagan
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
(619)656-6656
jeremy@efaganlaw.com

BY MAIL

[X]  As follows: I am "readily familiar" with the firm's practice of practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (VIA FACSIMILE) I caused the above-referenced document to be delivered via facsimile to the above-referenced facsimile numbers

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 7, 2007, at Newport Beach, California

/s/ Janet Thompson
Janet Thompson

**PROOF OF SERVICE**