1 | Eric F. Fagan (SBN #87071)
2 | Law Offices of Eric F. Fagan
3 | 2220 Otay Lakes Rd. #502-84
  | Chula Vista, CA 91915
4 | efagan@efaganlaw.com
  | Phone: 619-656-6656; Fax: 775-898-5471
5 | Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT

| VINCENT WILSON | ) Civil Case No.: C071423MHP |
| Plaintiff | ) |
| v. | ) **APPLICATION, STIPULATION** |
|  | ) **AND ~~PROPOSED~~ ORDER OF** |
| WORLDWIDE ASSET | ) **DISMISSAL** |
| PURCHASING, LLC, a corporation; | ) |
| BIDNA & KEYES, PC; and DOES 1 | ) |
| through 10 inclusive, | ) |
| Defendants. | ) |

### I.
### APPLICATION

The parties hereby apply to this court to dismiss the entire action with prejudice. Good cause exists for the dismissal as set forth below in the stipulation.

//
//
//
//
//

1
APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL

## II.
## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendants that the entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: _____, 2007

_____
Eric F. Fagan
Attorney for Plaintiff

DATED: __10/5__, 2007

_____
Debbie Kirkpatrick
Attorney for Worldwide Asset Purchasing

DATED: _____, 2007

_____
Harvey Moore
Attorney for Bidna & Keys

## III.
## PROPOSED ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE: _____        BY: _____
                            UNITED STATES DISTRICT COURT JDUGE

## II.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendants that the entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 10/9/07, 2007

_____
Eric F. Fagan
Attorney for Plaintiff

DATED: _____, 2007

_____
Debbie Kirkpatrick
Attorney for Worldwide Asset Purchasing

DATED: 10-9-07, 2007

_____
Harvey Moore
Attorney for Bidna & Keys

## III.

## PROPOSED ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE: 10/19/2007         BY: _____
                         UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

2
APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL